UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HASSAN ZOROME,                                    :

              Plaintiff,                      :

                                   :          **<u>ORDER</u>**

       v.                                        :

                                   :          20 CV 584 (VB)

UNITED PARCEL SERVICE INC. and UPS       :
FREIGHT,
              Defendants.                    :
------------------------------------------------------------------x

      Plaintiff commenced this action on January 22, 2020.  (Doc. #1).  To date, there is no indication on the docket that defendants have been served, and defendants have not appeared in the case.

      "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).

      Accordingly, because more than ninety days have elapsed since the complaint was filed, this action will be dismissed without prejudice unless, on or before May 22, 2020, plaintiff <u>either</u> (i) files proof of service on the docket, <u>or</u> (ii) shows good cause in writing for the failure to comply with Rule 4(m) and seeks an appropriate extension of time to serve process.

Dated:  April 22, 2020
       White Plains, NY

                             SO ORDERED:

                             _____
                             Vincent L. Briccetti
                             United States District Judge