UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HASSAN ZOROME,
                Plaintiff,

v.                                    **ORDER**

UNITED PARCEL SERVICE INC., and UPS    20 CV 584 (VB)
FREIGHT,
                Defendants.
--------------------------------------------------------------x

       As discussed at a telephone conference held on the record today and attended by counsel for all parties, it is HEREBY ORDERED:

    1.    The parties are directed to discuss settlement in good faith. By **April 19, 2021**, the parties shall submit a joint letter to the Court describing their efforts to settle and whether the Court can assist them in that regard.

    2.    The parties shall file any motions for summary judgment by **June 30, 2021**.

    3.    Any oppositions shall be filed by **July 30, 2021**.

    4.    Replies, if any, shall be filed by **August 13, 2021**.

Dated: March 19, 2021
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge