USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HASSAN ZOROME,
Plaintiff,

v.

UNITED PARCEL SERVICE, INC.; and UPS FREIGHT,
Defendants.

**ORDER OF DISMISSAL**

20 CV 584 (VB)

The Court has been advised that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than September 30, 2021. To be clear, any application to restore the action must be filed by September 30, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

The Clerk is instructed to close the case.

Dated: August 11, 2021
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge